**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TERESA A. BAILEY,**

             **Plaintiff,**

**-vs-**                                                                                      **Case No. 6:07-cv-810-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**
             **Defendant.**

_____

## **ORDER**

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's complaint is **DISMISSED**. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 15th day of August, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record